UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RYAN PAUL,

                        Plaintiff,                      **ORDER**

       -against-                          23 Civ. 2413 (AEK)

TOWN OF HYDE PARK and
BRYAN SWEENEY,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within sixty (60) days of this Order. Any application to reopen that is filed after sixty (60) days from the date of this Order may be denied solely on that basis.

Dated:  September 6, 2024
           White Plains, New York

                                                             _____
                                                              ANDREW E. KRAUSE
                                                               United States Magistrate Judge